# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155060

ISAAC D. HARRIS,

        Plaintiff-Appellant,

v                                        SC: 155060
                                            COA: 334444

SAGINAW CORRECTIONAL FACILITY
WARDEN,

        Defendant-Appellee.

_____/

        On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 11, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2017

jam



Clerk